**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6451**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JESSIE GREEN, a/k/a Jesse Green, a/k/a Jessie
Tyrone Green,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Joseph F. Anderson, Jr., District
Judge. (CR-94-207, CA-95-4009-3-17)

_____

Submitted: July 23, 1996        Decided: October 30, 1996

_____

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jessie Green, Appellant Pro Se.  Sean Kittrell, OFFICE OF THE
UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for relief under 28 U.S.C. § 2255 (1988), as amended by Act of Apr. 24, 1996, 28 U.S.C.S. § 2255 (Law. Co-op. Advance Sheet June 1996). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Green, Nos. CR-94-207; CA-95-4009-3-17 (D.S.C. Mar. 11, 1996). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED